IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

GERALD RONALD CRAIG, JR., )
                          )
     Plaintiff, )
                          ) Civil Action No. 7:15cv00656
v. )
                          )
NANCY A. BERRYHILL,[1] ) By: Michael F. Urbanski
Acting Commissioner of Social Security, )     United States District Judge
                          )
     Defendant. )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that the magistrate judge's report and recommendation (ECF No. 19) is **ADOPTED in its entirety**; plaintiff's objections (ECF No. 20) are **OVERRULED**; plaintiff's motion for summary judgment (ECF No. 13) is **DENIED**; the Commissioner's motion for summary judgment (ECF No. 17) is **GRANTED**; the Commissioner's decision is **AFFIRMED**; and this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to counsel of record.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and will be substituted for Carolyn W. Colvin as defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Entered: 03-10-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge